IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA MARTINEZ DE ANDINO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TROP, INC. d/b/a PINK PONY<br><br><br><br>Defendants. | CIVIL ACTION FILE<br>NO.: 1:17-CV-00301-MHC<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the parties stipulate and agree to the dismissal of this case with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 7th day of July, 2017.

By: /s/ *Paul J. Sharman*
Paul J. Sharman
Georgia Bar No. 227207
paul@sharman-law.com

The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, Georgia 30022
Phone: (678) 242-5297
Fax: (678) 802-2129

*Attorney for Plaintiff*

By: */s/ Dean R. Fuchs*
Dean R. Fuchs
Georgia Bar No. 279170
d.fuchs@swtwlaw.com

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW, Ste. 2700
Atlanta, Georgia 30303
Phone: (404) 688-6800
Fax: (404) 688-6840

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA MARTINEZ DE ANDINO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TROP, INC. d/b/a PINK PONY and TERI GALARDI<br><br>Defendants. | CIVIL ACTION FILE<br>NO.: 1:17-CV-00301-MHC<br><br><br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2017, a true copy of the JOINT STIPULATION OF DISMISSAL was filed in the CM/ECF system which will provide email notice to all attorneys of record.

/s/ *Paul J. Sharman*
PAUL J. SHARMAN
Georgia State Bar No. 227207
The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com

2

2